

# THE THIRTEENTH COURT OF APPEALS

13-18-00146-CV

Jose Aguero and Emma Aguero
v.
Garfield Farm Mutual Insurance Association and David Dollase

On appeal from the
343rd District Court of Live Oak County, Texas
Trial Cause No. L-16-0143-CV-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are taxed against appellants.

We further order this decision certified below for observance.

June 21, 2018